980

No. 644. NORTHERN PACIFIC RAILWAY CO. ET AL. *v.* UNITED STATES. Appeal from the United States District Court for the Western District of Washington. Probable jurisdiction noted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *M. L. Countryman, Jr.* for appellants. *Solicitor General Rankin* for the United States.

No. 552. WILSON ET AL. *v.* LOEW'S INCORPORATED ET AL. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Robert W. Kenny, Ben Margolis* and *Samuel Rosenwein* for petitioners. *Irving M. Walker* and *Guy Richards Crump* for Wood et al., respondents. *A. L. Wirin* filed a brief for the American Civil Liberties Union, Southern California Branch, as *amicus curiae,* in support of the petition.

No. 540. CIVIL AERONAUTICS BOARD *v.* HERMANN ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Franklin M. Stone* and *Robert Burstein* for petitioner.

No. 596. UNITED STATES *v.* KORPAN. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Robert A. Sprecher* for respondent.

No. 615. WIENER *v.* UNITED STATES. Court of Claims. Certiorari granted. *I. H. Wachtel* for peti-